```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Kathleen J. McCarvill

    v.                              Civil No. 11-cv-530-JL

Michael R. Fahey


**PROCEDURAL ORDER**


On or before January 5, 2012, the plaintiff shall file a memorandum, not to exceed 10 pages, showing cause why her amended motion for preliminary injunction (document no. 13) should not be denied in light of the Supreme Court's holding in Grupo Mexicano de Desarrallo S.A. v. Alliance Bond Fund, Inc., 527 U.S. 308, 333 (1999), that a federal "District Court ha[s] no authority to issue a preliminary injunction preventing [a defendant] from disposing of [its] assets pending adjudication of [a plaintiff's] . . . claim for money damages."  The defendant's time to respond to the amended motion is stayed.  The court shall inform the parties if it requires further briefing on any issue relative to the motion.


    **SO ORDERED.**

                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Dated: December 28, 2011

```
cc:   Clara Ann Dietel, Esq.
      Paul F. Kfoury, Sr., Esq.
      Debbie Lorusso Makris, Esq.
```